IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Topeka Docket)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | |
| Plaintiff, | } | |
| v. | } | No. 13-40064-08-JAR |
| GOVIND PANERU, | } | |
| Defendant. | } | |

## **INFORMATION**

The United States Attorney charges that:

On or about the 5th day of December, 2008 in the District of Kansas, the defendant,

GOVIND PANERU,

a citizen of Nepal and therefore an alien in the United States, did knowingly and unlawfully attempt to cause the entry and obtained the entry into the United States of a dependent, who was also a citizen of Nepal and an alien in the United States, by wilfully making a false and misleading representation and a willful concealment of a material fact.  On or about December 5, 2008, the defendant GOVIND PANERU caused to be deposited into his account at Commerce Bank, Manhattan, Kansas, $3,695, that he temporarily obtained from fellow Nepalese students.   After obtaining a notarized bank letter from Commerce Bank representing that he had $4,912.43 in his account, the defendant returned all of the temporarily obtained funds.   The defendant presented this bank statement to an International Student Advisor at Kansas State University to

1

obtain a certification "under penalty of perjury" from the advisor on three Forms I 20 that items 1 through 9 on this government form were true and correct, including proof of "financial responsibility" for PANERU. PANERU, who also signed the Form I 20, represented at line 8.a. that he had "Student's personal funds" of $4,912.  The Forms I 20 were then uploaded into the SEVIS computer system. The Forms I-20 were then uploaded into the SEVIS computer system.   SEVIS is an Internet-based computer system designed to maintain accurate and current information on non-immigrant students, and their dependents.   SEVIS enables schools and program sponsors to transmit mandatory information and event notifications via the Internet, to the Department of Homeland Security and Department of State throughout a student and their dependents stay in the United States.    The foregoing is all in violation of Title 8, United States Code §1325(a)(3).

                                      BARRY R. GRISSOM
                                      United States Attorney

                                      s/Richard L. Hathaway
                                      RICHARD L. HATHAWAY, #07767
                                      Assistant United States Attorney
                                      444 S.E. Quincy, Ste. 290
                                      Topeka, KS.   66683
                                      Tel:   (785) 295-2850
                                      Fax:   (785) 295-2853